# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

__________ Division

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 OCT 13 A 8: 35

CLERK OF COURT

| | | |
|---|---|---|
| Jasmine McDonald<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>AURORA ST LUKE'S MEDICAL CENTER<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 26-C 1899 STADTMUELLER<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jasmine McDonald |
| Street Address | 2403 W Monroe St |
| City and County | Milwaukee |
| State and Zip Code | Wisconsin, 53206 |
| Telephone Number | 4145224907 |
| E-mail Address | jasminemcdonald01@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Aurora St. Luke's Medical Center |
| Job or Title *(if known)* | |
| Street Address | 2900 W Oklahoma Ave |
| City and County | Milwaukee |
| State and Zip Code | Wisconsin, 53215 |
| Telephone Number | 414-649-6000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Aurora St. Luke's Medical Center |
| Street Address | 2900 W Oklahoma Ave |
| City and County | Milwaukee |
| State and Zip Code | Wisconsin, 53215 |
| Telephone Number | 414-649-6000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: ______

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

05/23/2025, 01/05/2026, 02/13/2026, 03/03/2026

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race african american
- ☐ color ______
- ☐ gender/sex ______
- ☐ religion ______
- ☐ national origin ______
- ☐ age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

______

E. The facts of my case are as follows. Attach additional pages if needed.

1. I began employment with Defendant, Aurora St. Luke's Medical Center, on or about January 13, 2023, as a Certified Nursing Assistant I.

2. During my employment, I believe I was subjected to discriminatory treatment based on my race, including differences in scheduling, being removed from the work schedule, receiving disciplinary action, and being assigned workdays that conflicted with my scheduled school days. I believe I was treated differently than similarly situated non-Black coworkers.

3. On or about May 2[illegible], 2025, I was denied an opportunity to become a Nurse Extern. On or about

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03/04/2026

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 07/16/2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back pay and lost benefits: Compensation for lost wages, employment benefits, and other financial losses resulting from Plaintiff's termination on March 3, 2026, through the date of judgment. The amount will be calculated using Plaintiff's pay records, employment benefits, and other supporting documentation.

Compensatory damages: Compensation for emotional distress, mental anguish, humiliation, and other nonfinancial harm resulting from the alleged discrimination and retaliation, to the extent supported by the evidence. As a result of Defendant's alleged discrimination and retaliation, including the termination of my employment, I have experienced emotional distress and psychological harm. The termination and its financial consequences have caused me stress, worry, and emotional hardship. I seek compensation for the emotional distress and other harm

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/13/2026

Signature of Plaintiff

Printed Name of Plaintiff Jasmine McDonald

### B. For Attorneys

Date of signing: ______

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

*E. The facts of my case are as follows. Attach additional*

26-C 1899
U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 OCT 13 A 8:35
CLERK OF COURT

1. I began employment with Defendant, Aurora St. Luke's Medical Center, on or about January 13, 2023, as a Certified Nursing Assistant I.

2. During my employment, I believe I was subjected to discriminatory treatment based on my race, including differences in scheduling, being removed from the work schedule, receiving disciplinary action, and being assigned workdays that conflicted with my scheduled school days. I believe I was treated differently than similarly situated non-Black coworkers.

3. On or about May 23, 2025, I was denied an opportunity to become a Nurse Extern. On or about January 5, 2026, I was denied an opportunity to advance to a Registered Nurse position. I believe these decisions were discriminatory based on my race.

4. On or about February 13, 2026, I submitted an internal complaint concerning my good-faith belief that Defendant was enforcing its visitor masking policy differently based on race. Specifically, I raised concerns about differences in how masking requirements were applied to visitors of different races. I believed this treatment was discriminatory and reported my concerns to management.

5. On or about March 3, 2026, Defendant terminated my employment, alleging time theft or timekeeping violations. I believe my termination was retaliatory because it occurred shortly after my February 13, 2026 complaint concerning alleged race discrimination.

6. Before my termination, I had not received any disciplinary action, written warning, or coaching related to the alleged timekeeping violations. I had not received disciplinary action, write-ups, or coaching since 2024, and I had received a solid annual performance evaluation for 2025. I contend that the circumstances surrounding my termination, including the absence of prior discipline for the alleged timekeeping violations, support my belief that Defendant's stated reason for terminating me was not the true reason.

7. I believe Defendant discriminated against me because of my race and retaliated against me for opposing conduct that I reasonably believed violated Title VII of the Civil Rights Act of 1964. As a result of the termination, I have suffered lost wages, lost employment benefits, and other damages. I seek the relief described in the damages section of this complaint.

*V. Relief*

Back pay and lost benefits: Compensation for lost wages, employment benefits, and other financial losses resulting from Plaintiff's termination on March 3, 2026, through the date of judgment. The amount will be calculated using Plaintiff's pay records, employment benefits, and other supporting documentation.

Compensatory damages: Compensation for emotional distress, mental anguish, humiliation, and other nonfinancial harm resulting from the alleged discrimination and retaliation, to the extent supported by the evidence. As a result of Defendant's alleged discrimination and retaliation, including the termination of my employment, I have experienced emotional distress and psychological harm. The termination and its financial consequences have caused me stress, worry, and emotional hardship. I seek compensation for the emotional distress and other harm I have experienced, to the extent permitted by law and supported by the evidence.

Punitive damages: Punitive damages, if legally available and supported by the evidence, based on Defendant's alleged discriminatory or retaliatory conduct.